Donald L. **RUSSELL**, Respondent,

v.

**CITY OF ST. JOSEPH,**
**Missouri, Appellant.**

No. WD 42177.

Missouri Court of Appeals,
Western District.

Dec. 12, 1989.

**724**

George S. Murray, Asst. City Atty., St. Joseph, for appellant.

Roger J. Staab of Staab & Staab, Kansas City, for respondent.

Before MANFORD, P.J., and SHANGLER and CLARK, JJ.

### ORDER

PER CURIAM:

Appeal from the award of Worker's Compensation benefits.

Judgment affirmed. Rule 84.16(b).